IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAVID LIBRACE                                                                                               PLAINTIFF

v.                                    No. 2:17CV00140 JLH

ANDRE VALLEY, in his capacity as
City Attorney for Helena-West Helena                                          DEFENDANT

## ORDER

This Court previously dismissed David Librace's complaint without prejudice but gave Librace an opportunity to file an amended complaint. Librace has filed an amended complaint, and the defendant, Andre Valley in his official capacity as City Attorney for Helena-West Helena, has again filed a motion to dismiss.

Because Librace has sued Valley in his official capacity only, the claim is in substance a claim against the City of Helena-West Helena. *Baker v. Chisom*, 501 F.3d 920, 925 (8th Cir. 2007). Thus, this action is not an action against Andre Valley; rather, it is an action against the City of Helena-West Helena. Librace alleges that Valley has repeatedly charged him with crimes without any probable cause in violation of his constitutional rights and 42 U.S.C. § 1983. Attached to his amended complaint are documents related to these allegedly false charges. The documents show that Librace was charged with disorderly conduct and harassment in violation of Ark. Code Ann. § 5-71-207 or § 5-71-208. *See* Document #16-1 at 11, 14-35. As Valley points out in his brief, when he prosecutes violations of the Arkansas Criminal Code, he is prosecuting in the name of the State of Arkansas, not the City of Helena-West Helena. The warrants attached to Librace's amended complaint are addressed, "The State of Arkansas To Any Sheriff, Policeman," etc. Document #16-1 at 14, 23. The State of Arkansas is immune from suit under the Eleventh Amendment to the Constitution of the United States. *Murphy v. State of Ark.*, 127

F.3d 750, 754 (8th Cir. 1997).

Furthermore, Librace's amended complaint fails because the allegations are conclusory. He alleges no facts that would make it plausible to believe that Valley is repeatedly obtaining arrest warrants that he knows to be unsupported by probable cause. The documents attached to Librace's complaint relate to two instances, and in both instances the charges were initiated by a complaining witness who completed an affidavit for arrest. Document #16-1 at 18, 28. A reasonable prosecuting attorney could think that these affidavits establish probable cause to believe that Librace violated Ark. Code Ann. § 5-71-207 or 208.

For the reasons stated, the defendant's motion to dismiss is GRANTED. Document #21. This action is dismissed with prejudice.

IT IS SO ORDERED this 17th day of January, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE