IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAVID LIBRACE                                                                                                 PLAINTIFF

v.                            No. 2:17CV00140 JLH

ANDRE VALLEY, in his capacity as
City Attorney for Helena-West Helena                                              DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed with prejudice.

IT IS SO ORDERED this 17th day of January, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE